JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CAROL DEUPREE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EGYPTAIR CORPORATION, et al.,<br><br>　　　　Defendants. | CASE NO.  CV 09-01637 SJO (AJWx)<br><br>**JUDGMENT ON COURT TRIAL**<br><br>Trial Date: March 9, 2010 |

　　　　This matter having been assigned for trial on March 9, 2010, the Honorable S. James Otero, presiding, Stuart R. Fraenkel and Jennifer J. Terando appearing for Plaintiff Carol DeuPree and Christopher Carlsen appearing for Defendant, EgyptAir Corporation. Witnesses on part of the Plaintiff were sworn and examined. After hearing the evidence and the arguments of counsel, the evidence having been admitted and a Joint Stipulation Regarding Medical Records and Bills entered, the Court having made findings of fact and conclusions of law and then rendered it's verdict as follows:

　　　　Defendant EgyptAir Corporation is liable to Plaintiff Carol DeuPree in the amount of $153,000.00, which includes special damages of $12,553.00.

　　　　**IT IS ORDERED ADJUDGED AND DECREED AS FOLLOWS:**

　　　　Accordingly, it appearing by reason of the foregoing verdict of the Court following trial that Plaintiff Carol DeuPree is entitled to a judgment against the

**[PROPOSED] JUDGMENT ON COURT TRIAL**

1  defendant, EgyptAir Corporation. Plaintiff Carol DeuPree shall have and recover
2  $153,000.00.  Interest shall accrue at the rate of .34 % per annum on the amount of
3  $153,000.00 from the date of entry of judgment pursuant to 28 U.S.C. § 1961[1].
4  Plaintiff Carol DeuPree shall recover her costs and disbursements in an amount to
5  be determined by the filing of a Memorandum of Costs.

Dated: April_20____, 2010

_____
Hon. S. James Otero
United States District Judge

Submitted By:

STUART R. FRAENKEL (CA State Bar #173991)
sfraenkel@kreindler.com
JENNIFER JOHNSTON TERANDO (CA State Bar #212617)
jterando@kreindler.com
**KREINDLER & KREINDLER LLP**
707 Wilshire Boulevard, Suite 5070
Los Angeles, CA 90017
(213) 622-6469
(213) 622-6019 Facsimile

*Attorneys for Plaintiff Carol DeuPree*

---

[1] Pursuant to 28 U.S.C. § 1961, the interest rate is determined by the weekly average 1-year constant maturity treasury yield as published by the board of governors for the Federal Reserve System for the calendar week preceding, a copy of which is attached hereto as Exhibit "1."